1  DOMINIC V. SIGNOROTTI, CA Bar No. 267712
   dsignorotti@bpbsllp.com
2  BUCHMAN PROVINE BROTHERS SMITH LLP
   2033 N. Main Street, Suite 720
3  Walnut Creek, California 94596
   Telephone: 925 944 9700
4  Facsimile: 925 944 9701

5  *Attorneys for Plaintiff*

6  OTTO O. LEE, CA Bar No. 173987
   olee@iplg.com
7  KEVIN VIAU, CA Bar No. 275556
   kviau@iplg.com
8  BONNIE J. WOLF, CA Bar No. 284872
   bonniewolf@iplg.com
9  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, 12th Floor
10 San Jose, California 95113
   Telephone: (408) 286-8933
11 Facsimile: (408) 286-8932

12 *Attorneys for Defendant*

IT IS SO ORDERED
*Kandis Westmore*
Judge Kandis Westmore

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MYSFYT, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JAMES LUM, an individual; and DOES 1-20, inclusive;<br><br>　　　　　Defendant. | Case No.: 16-cv-03813-KAW<br><br>**STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

In accordance with Civ. L.R. 6-1(a) and 7-7(e), Plaintiff Mysfyt, Inc. ("Plaintiff") and Defendant Mr. James Lum ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on July 7, 2016 (Dkt. 1);

WHEREAS, the Executed Summons was returned on August 15, 2016 (Dkt. 8);

Stipulation to Set Aside Clerk's Entry of Default and
Extend Time to Respond to Complaint
440668.1                                      1                              16-cv-03813-KAW

1  WHEREAS, no answer was filed by Defendant;

2  WHEREAS, Plaintiff filed a Request for Entry of Default (Dkt. 10) on October 3, 2016;

3  WHEREAS, the Clerk entered default (Dkt. 13) on October 4, 2016;

4  WHEREAS, Defendant intends to and will file a responsive pleading in this case;

5  WHEREAS, Intellectual Property Law Group LLP was recently retained by Defendant in this

6  matter;

7  WHEREAS, the Parties wish to avoid unnecessary motion practice associated with the Entry

8  of Default and to allow time for Defendant to enter a responsive pleading;

9  NOW THEREFORE, based upon the foregoing recitals, IT IS HEREBY STIPULATED AND

10 AGREED by and between the Parties through their respective counsel of record, subject to the

11 approval of the Court, that the default entered by the Clerk on October 4, 2016 in the above-captioned

12 action shall be set aside and the case shall proceed as though no default had been entered, and

13 Defendant shall be allowed 21 days after the filing of this stipulation to respond to the Complaint;

14 and the Case Management Schedule shall be modified as follows:

| Stipulated Date | Current Date | Event |
|---|---|---|
| 11/11/2016 | 9/20/2016 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 12/2/2016 | 10/4/2016 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 12/13/2016 | 10/11/2016 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in: Ronald Dellums Federal Building 1301 Clay Street Oakland, CA 94612 |

Stipulation to Set Aside Clerk's Entry of Default and
Extend Time to Respond to Complaint
440668.1                                    2                                   16-cv-03813-KAW

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: October 6, 2016 | INTELLECTUAL PROPERTY LAW GROUP LLP |

By:    /s/ Bonnie J. Wolf
        Otto O. Lee
        Kevin Viau
        Bonnie J. Wolf
        12 South First Street, 12th Floor
        San Jose, California 95113
        Telephone: (408) 286-8933
        Facsimile: (408) 286-8932

*Attorneys for Defendant*

Dated: October 6, 2016     BUCHMAN PROVINE BROTHERS SMITH LLP

By:    /s/ Dominic V. Signorotti     *
        Dominic V. Signorotti
        2033 N. Main Street, Suite 720
        Walnut Creek, California 94596
        Telephone: 925 944 9700
        Facsimile: 925 944 9701

*Attorneys for Plaintiff*

*\* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Stipulation to Set Aside Clerk's Entry of Default and
Extend Time to Respond to Complaint
440668.1        3        16-cv-03813-KAW