DOMINIC V. SIGNOROTTI, CA Bar No. 267712
dsignorotti@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

*Attorneys for Plaintiff*

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MYSFYT, INC., a California corporation,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>JAMES LUM, an individual,<br><br>Defendant/Counterclaimant. | Case No.: 16-CV-03813-KAW<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT; [PROPOSED] ORDER** |

WHEREAS, Plaintiff/Counterdefendant Mysfyt, Inc. ("Plaintiff" and "Mysfyt") and Defendant/Counterclaimant James Lum ("Defendant" and "Lum") (collectively the "Parties") have reached an agreement in principle for a settlement of this action;

WHEREAS, the Parties are continuing the process of finalizing a written settlement agreement;

WHEREAS, the Parties previously stipulated to stay proceedings for settlement (Dkt. No. 38), and the Court ordered such a stay (Dkt. No. 39).

WHEREAS, the Parties require additional time to finalize a full settlement, and anticipate the process to finalize settlement will be completed within thirty (30) days;

WHEREAS, a Further Case Management Conference is scheduled to take place on May 23, 2017 at 1:30pm, with a Further Case Management Statement due May 16, 2017.

WHEREAS, Defendant's counsel will be traveling out of the country on May 23, 2017, and thus is unable to attend the conference.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that the action be stayed for an additional period of thirty (30) days pending the finalization of the settlement agreement, and that the Further Case Management Conference scheduled on the Court's May 23, 2017 calendar be moved to June 27, 2017 with the Further Case Management Statement to be filed by June 20, 2017.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: May 12, 2017

INTELLECTUAL PROPERTY LAW GROUP LLP

By: */s/ Otto O. Lee*
Otto O. Lee
Kevin Viau
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendant*

Dated: May 12, 2017

BUCHMAN PROVINE BROTHERS SMITH LLP

By: */s/ Dominic V. Signorotti*            *
Dominic V. Signorotti
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

*Attorneys for Plaintiff*

*\* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/19/17

_Kandis Westmore_
UNITED STATES MAGISTRATE JUDGE