1  DOMINIC V. SIGNOROTTI, CA Bar No. 267712
   dsignorotti@bpbsllp.com
2  BUCHMAN PROVINE BROTHERS SMITH LLP
   2033 N. Main Street, Suite 720
3  Walnut Creek, California 94596
   Telephone: 925 944 9700
4  Facsimile: 925 944 9701

5  *Attorneys for Plaintiff*

6  OTTO O. LEE, CA Bar No. 173987
   olee@iplg.com
7  KEVIN VIAU, CA Bar No. 275556
   kviau@iplg.com
8  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, 12th Floor
9  San Jose, California 95113
   Telephone: (408) 286-8933
10 Facsimile: (408) 286-8932

11 *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MYSFYT, INC., a California corporation, | Case No.: 16-CV-03813-KAW |
| Plaintiff/Counterdefendant, | **STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT;** |
| v. | [~~PROPOSED~~] **ORDER** |
| JAMES LUM, an individual, | |
| Defendant/Counterclaimant. | |

WHEREAS, Plaintiff/Counterdefendant Mysfyt, Inc. ("Plaintiff" and "Mysfyt") and Defendant/Counterclaimant James Lum ("Defendant" and "Lum") (collectively the "Parties") have reached an agreement in principle for a settlement of this action;

WHEREAS, the Parties are continuing the process of finalizing a written settlement agreement;

WHEREAS, the Parties twice previously stipulated to stay proceedings for settlement (Dkt. Nos. 38 and 40), and the Court ordered such stays (Dkt. Nos. 39 and 41).

| | |
|---|---|
| 1 | WHEREAS, the Parties require additional time to finalize a full settlement, and anticipate |
| 2 | the process to finalize settlement will be completed within thirty (30) days; |
| 3 | WHEREAS, a Further Case Management Conference is scheduled to take place on June 27, |
| 4 | 2017 at 1:30pm, with a Further Case Management Statement due June 20, 2017. |
| 5 | WHEREAS, the Parties believe full settlement is very imminent, and wish not to burden the |
| 6 | Court with unnecessary proceedings while the settlement process is completed. |
| 7 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the |
| 8 | Parties, through their undersigned counsel, that the action be stayed for an additional period of thirty |
| 9 | (30) days pending the finalization of the settlement agreement, and that the Further Case |
| 10 | Management Conference scheduled on the Court's June 27, 2017 calendar be moved to August 1, |
| 11 | 2017, with the Further Case Management Statement to be filed by July 25, 2017. |
| 12 | IT IS SO STIPULATED AND AGREED. |

Respectfully submitted,

Dated: June 19, 2017     INTELLECTUAL PROPERTY LAW GROUP LLP

By: */s/ Otto O. Lee*
Otto O. Lee
Kevin Viau
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendant*

Dated: June 19, 2017     BUCHMAN PROVINE BROTHERS SMITH LLP

By: */s/ Dominic V. Singrotti*     *
Dominic V. Signorotti
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

*Attorneys for Plaintiff*

*Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/20/17

*Kandis Westmore*
UNITED STATES MAGISTRATE JUDGE