DOMINIC V. SIGNOROTTI, CA Bar No. 267712
dsignorotti@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

*Attorneys for Plaintiff*

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MYSFYT, INC., a California corporation, | Case No.: 16-CV-03813-KAW |
| Plaintiff/Counterdefendant, | **STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT; [PROPOSED] ORDER** |
| v. | |
| JAMES LUM, an individual, | |
| Defendant/Counterclaimant. | |

WHEREAS, Plaintiff/Counterdefendant Mysfyt, Inc. ("Plaintiff" and "Mysfyt") and Defendant/Counterclaimant James Lum ("Defendant" and "Lum") (collectively the "Parties") have reached an agreement in principle for a settlement of this action;

WHEREAS, the Parties are continuing the process of finalizing a written settlement agreement;

WHEREAS, the Parties previously stipulated to stay proceedings for settlement (Dkt. Nos. 38, 40, 42, 44, and 46), and the Court ordered such stays (Dkt. Nos. 39, 41, 43, 45, and 47).

1     WHEREAS, the Parties require additional time to finalize a full settlement, and anticipate the process to finalize settlement will be completed within thirty (30) days and that no further stay will be required;

    WHEREAS, the Parties believe full settlement is very imminent, and wish not to burden the Court with unnecessary proceedings while the settlement process is completed; and

    WHEREAS, a Further Case Management Conference is scheduled to take place on October 17, 2017 at 1:30pm, with a Further Case Management Statement due October 10, 2017.

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that the action be stayed for an additional period of thirty (30) days pending the finalization of the settlement agreement, and that the Further Case Management Conference scheduled on the Court's October 17, 2017 calendar be moved to November 21, 2017 with the Further Case Management Statement to be filed by November 14, 2017.

    IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: October 10, 2017

INTELLECTUAL PROPERTY LAW GROUP LLP

By: */s/ Otto O. Lee*
    Otto O. Lee
    Kevin Viau
    12 South First Street, 12th Floor
    San Jose, California 95113
    Telephone: (408) 286-8933
    Facsimile: (408) 286-8932

*Attorneys for Defendant*

Dated: October 10, 2017

BUCHMAN PROVINE BROTHERS SMITH LLP

By: */s/ Dominic V. Signorotti*    *
    Dominic V. Signorotti
    2033 N. Main Street, Suite 720
    Walnut Creek, California 94596
    Telephone: 925 944 9700
    Facsimile: 925 944 9701

*Attorneys for Plaintiff*

*\* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/12/17

_____
UNITED STATES MAGISTRATE JUDGE