DOMINIC V. SIGNOROTTI, CA Bar No. 267712
dsignorotti@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

*Attorneys for Plaintiff*

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MYSFYT, INC., a California corporation, | Case No.: 16-CV-03813-KAW |
| Plaintiff/Counterdefendant, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| JAMES LUM, an individual, | |
| Defendant/Counterclaimant. | |

///

///

///

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant Mysfyt, Inc. ("Plaintiff") and Defendant and Counterclaimant James Lum ("Defendant"), by and through their respective attorneys of record, stipulate that Plaintiff's claims in the above-entitled action shall be dismissed <u>with prejudice</u> against Defendant, and Defendant's counterclaims against Plaintiff shall be dismissed <u>with prejudice</u>. All parties shall bear their own costs and fees in the action.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: November 20, 2017                    INTELLECTUAL PROPERTY LAW GROUP LLP

By: /s/ *Otto O. Lee*
Otto O. Lee
Kevin Viau
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendant*

Dated: November 20, 2017                    BUCHMAN PROVINE BROTHERS SMITH LLP

By: /s/ *Dominic V. Signorotti*           *
Dominic V. Signorotti
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

*Attorneys for Plaintiff*

*\* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: 11/17/17              *Kandis Westmore* |
| | UNITED STATES MAGISTRATE JUDGE |